UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jamal O. Bostic            Docket No. 5:14-MJ-2103-1

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for action on the Judgment of Jamal O. Bostic, who, upon an earlier plea of guilty to Driving While Impaired-Level 1, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on November 4, 2015, to the custody of the Bureau of Prisons for a term of 60 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months.

Jamal O. Bostic was released from custody on November 27, 2015, at which time the term of supervised release commended in the Middle District of North Carolina. On July 26, 2016, a Motion for Revocation was filed alleging that the defendant had committed new criminal conduct, failure to pay a monetary obligation, and failure to obtain a substance abuse assessment. On October 24, 2016, an Amended Motion for Revocation was filed alleging new criminal conduct. A revocation hearing was continued on two occasions and is now scheduled for December 7, 2016, in Raleigh, NC.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant's term of supervised release expired on November 26, 2016. Since there was no summons or warrant issued in the case prior to his expiration date, his case has expired.

**PRAYING THAT THE COURT WILL ORDER** that the Amended Motion for Revocation filed on October 24, 2016, be withdrawn and the hearing scheduled for December 7, 2016 be cancelled.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain | /s/ Keith W. Lawrence |
| Michael C. Brittain | Keith W. Lawrence |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2538 |
| | Executed On: December 2, 2016 |

**ORDER OF THE COURT**

Considered and ordered this __2nd__ day of __December__, 2016 and ordered filed and made a part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge